IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-70742-JAD |
| | : | |
| GARY A. FOOR, SR. AND | : | |
| ELEANOR L. FOOR, | : | CHAPTER 13 |
| | : | |
| | X | |
| DEBTOR(S). | : | |
| _____ | : | |
| GARY A. FOOR, SR. AND | : | RELATED DOC. NO. 23, 46 |
| ELEANOR L. FOOR, | : | |
| MOVANT(S), | : | |
| | : | |
| V. | : | |
| | : | |
| CARRINGTON MORTGAGE | : | |
| SERVICES, LLC, and RONDA J. | : | |
| WINNECOUR, TRUSTEE, | : | |
| | X | |
| RESPONDENT(S). | | |

**ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM**

A Loss Mitigation Order dated January 2, 2018, was entered in the above matter at Document No. 23 ("LPM Authorization Order"), wherein the Debtors were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered more than two hundred and ten (210) days ago. By Order dated May 25, 2018, this Court required a Final Report to be filed by August 22, 2018 (ECF No. 46). Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtor and creditor/Respondent to negotiate a consensual, final loss mitigation settlement and/or mortgage modification. Under these circumstances, the Debtor and/or counsel to the Debtor are **directed**, **not later than September 15, 2018**, to:

1. File a Motion to compel the mortgagee to timely comply with the Loss Mitigation requirements and provide the Debtors with a decision regarding modification; **or**

2. If a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this 24th day of August 2018.

BY THE COURT,

/s/ Jeffery A. Deller  -sjk
JEFFERY A. DELLER
Chief United States Bankruptcy Judge

Court Administrator to Serve:
Debtor(s)
Debtor(s) Counsel
Chapter 13 Trustee
[Counsel for Creditor]

FILED
8/24/18 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA